UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____Loretta Jones_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

___H&M Hennes & Mauritz, et al_____

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Equal Protection of Law under No Sexual Assault, No sexual Harassment in Employment or in home/reside, life function or livelihood. (14th Ammendments U.S. Constitution)_

B.  If you checked Diversity of Citizenship

1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
          (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Vanessa Light__, is a citizen of the State of
(Defendant's name)

__New York or New Jersey__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __H&M, Hennes & Mauritz__ is incorporated under the laws of the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) __Sweden__

and has its principal place of business in __Stockholm? Sweden__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Loretta__         __(No middle name)__    __Jones__
First Name              Middle Initial              Last Name

__290 E 3rd St. 4I__,
Street Address

__N.Y.__,            __NY__       __10009__
County, City              State            Zip Code

__(917) 439-2292__        __Ljonesdaily@aol.com__
Telephone Number              Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 4: H & M Hennes & Marite
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 5: U.S. Supreme Court
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 6: International Criminal Court
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Def 7: N.Y. Health & Hospitals

Def 8, 9: NYS + U.S.

Def 10: Vanessa Light (N.J. or N.Y.)

Page 4

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 2: NYS Workers' Compensation Board + NYS
First Name / Last Name

(NYS Atty Gen'l)
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 4: FBI Federal Bureau of Investigation
First Name / Last Name

U.S. (Justice Dept?)
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 3: N.Y.P.D. + NY City
First Name / Last Name

(City Law Dept)?
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Page 4

Defendant 4: <u>New York Health + Hospitals</u>
                      First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

As found in my Workers' Compensation case, even the paranoia I supposedly suffer is attributed to H&M and their behavior at my workplace/during my employment in the year of 2000 thru 2001, August each year. My settlement with them just 3 years ago for less than $100,000 showed their reluctance in amicable resolve while I was homeless for years, with my young son + I in shelters, suffering and asking for them + the board (Workers' Compensation) to correct their wrongs/failings, to no avail. Instead, a harassment brewed making me hear them, eventually 24/7, H&M's contest to the WC case, me, my

Page 5

life and a former sexual assault that I believe they exploited back in 2001, so that the perpetrator would be forced back 'onto' me, if you will. H&M was involved in a crusade of trying to make certain people quit employment with them, and I was one.

Before I knew it, I was injured by a toxic spray & ladder-lifting injury, a 2-part accident that was tantamount to work I was asked by H&M to perform (47 posters + signs) on August 17th and August 20th, after escalated harassment at work.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I had to have oxygen to stop throwing up and to this day, my left side of my rib cage is still not re-attached to my spine behind my heart, where doctors told me it came out. I have diagnosis of schizophrenic from treatment at H&M but further I believe their willingness to conspire with the other defendants rather than deal w/ me directly has caused me even more injury, intellectually, physically, emotionally + mentally.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I'd like the court to order a stop of any targeting of me and any use of RW# Remote Weaponry Invasions until they can be regulated - reports written, documents made that are retrievable so people can go + inquire if any such targeting of them is being done or has been done... etc. + $250,000,000 damages for the court to attribute or to perpetrat[ors]

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_6/6/2023_
Dated

_Jones_
Plaintiff's Signature

_Loretta_          _Jones_
First Name    Middle Initial    Last Name

_290 E 3rd St. 4I_
Street Address

_N.Y._ , _NY_          _10009_
County, City    State    Zip Code

_(917) 439-2292_         _Ljonesdaily@aol.com_
Telephone Number    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

U.S. ~~District~~ **Ct** Court ~~of the~~ **tt** Southern District of New York

Loretta Jones

VS.

H&M Hennes & Mauritz; PMA Insurance Group;
New York State Workers' Compensation Board;
New York Police Department; New York City; New
York State; FBI) Federal Bureau of Investigation; the United States and all/any Law Enforcement
and/or Military Act or structure with/or under said auspices;
the United States Supreme Court; the International
Criminal Court; New York Health & Hospitals; Henry
Street Settlement Residence, Vanessa Light(aka 'Mascot')

~~Motions for:~~ **tt**
Cease & Desist
Injuctive Relief
SURETY of Law &
   Remedies

Sexual Assault and Harassment in Employment, the Home/Reside and Life Functions

Sexual assaults are about power in nature and I believe that's why the defendants chose to use them against me, a powerful, independent, self-sufficient woman making exactly the salary she asked for in a job they wanted to make me quit.

In August 2000 my employer H&M ambarked on a crusade to make black associates quit employment according to a Gerry Creamer, Yvonne, Marcia who later went on to head their HR department, a Kristin, a Dena, a Phillipino woman who's name I never knew because she was of a later group, and leadership including a Buse top executive from Sweden of their original U.S team that was to establish H&M in America and were told by Gerry Creamer, former New Jersey police, "I'm going to show them how it's done here." Being called upon by Buse for regular updates on how many black associates were left at morning staff meetings where leadership called from Sweden, same G Creamer went about taking apart my work systematically and with each successful running of a department despite his antics, he assigned me additional departments, instead. By the time I was injured, I had 7 departments, my peers had 1 that they shared and still failed. Their women's department wasn't making as much as my men's, and their

teen department not making as much as my children's. My other departments had nothing to compare to, they were just areas to shine and I did.

The associates in that Rockland County H&M store in 2000 thru 2001 were to go on to leadership positions with the company representing U.S. H&M stores, and Gerry and others like a Michele who had Gerry call regular meetings about my salary, another private, personal area no other coworker should know and which I'd never share, being in her opinion something she, with none of the experience I had, felt she was entitled to, no doubt because she was white. But it had to be Creamer's staff that alerted her my salary amount to begin with, a modest $35,000.

H&M, felt that core group going on to U.S. leadership roles shouldn't ever be black. Yvonne made comment that because they had Marcia going on to head the HR department, a black woman from an island like Barbados somewhere, and herself, even pointing to me who was not in, no one could "say anything". Now that I know of the harmful chemicals in their stores, having been injured by the spraying of some, I can see why 80% of their store staff today appear black here in America and why that Mall and wider retail worker demographic changed with them.

Harassing me sexually, about and by a sexual assault whether of my past or of today in what are RWIs Remote Weaponry Invasions, is what the defendants above are engaging in and is wholly misplaced and foul They think they're the Artificial Intelligence makers of the bedroom but they're the clods of the afterworld, a world that right here will return to stamping out their ignorance and intrusions.

No one expects a person's credibility to be undermined because a person or group decides to tell salacious stories about them that they find exciting, or profitable, stories about their child or their home. What are these groups profit?—They get to continue their incessant RWI fascination and quell my voice against it. Such stories made up for ill-gain are all off limits and none of anyone's business when it comes to whether or not one gets to harass another. Cause harm to another. The answer is always no, you

don't. And if you join the groups peddling in false and salacious stories with false and fabricated graphics, the harassment continues and justice will eventually come.

Those groups named find it in their best interest to throw shade in order to absolve their own wrongdoing, but they're ill-served. Their only evidence is demonstrable evidence they want to get away with maltreatment of another. My contentions are backed by truth and documentation and as the evidence will show, point to the facts, call on facts, demonstrate and provide facts, all telling a story of sexual assault and harassment in employment that was and remains currency for 25 years from which I continue to suffer, financially, emotionally, intellectually and physically. It's my understanding that sexual assault knows no statute of limitations here in New York, and it's my hope that trying to rise above the defendant's continued aggressions knows no defeat.

Truly,

*Loretta Jones*

Loretta Jones
290 East 3rd Street, 4I
New York, NY  10009
(917)439-2292
Ljonesdaily@aol.com


Dated:  June 6, 2023

Legal Issues

Sexual Harassment & Assault in Employment by H&M, Hennes & Mauritz

Sexually harassed over a sexual assault and subsequently sexually assaulted again to prove a point?

Additionally, this remote(in addition to those that were in person) sexual assault is such by taking my ability to defend myself away from me by doing these assaults from another location outside of where I can fight back. The whole nature of RWIs Remote Weaponry Invasions are rapistic even going past boundaries by piercing a home's boundaries, clothing boundaries and conscience boundaries. Conscience in that they go against choice boundaries going against what I choose, choosing to say no to these aggressors and them coming into my inner sanctum anyway, etc… worse than an unwanted phone call that won't end or go away, worse than a rapist that at least has to stop. These perpetrators take turns and never have to stop. Now, leaving a vibrating mechanism under my floor in that it's like a concept of vibrating beds in a motel, that I cannot put pillow to shield from, or metal, which could in fact be maddening, also sexually violent and assaultive where they're trying to insist a sexual response where the answer is no, I don't do motels and I don't do cheap tricks, and who in the world thinks that's the answer to world economies anyway?  Who in the world thinks of these things and who in the world installs them? H&M, my former workplace, and friends.

**Injurious, Insinuendo, Derogatory and Defamatory**  H&M employee, a coworker named Yvonne with removal of a **ladder that later revealed a hidden tab of metal causing injury** to me from store citing her sexual fantasy with "Nick" while my son's 5-year old name was Nicholas/Nick while these co-workers felt I should have a boyfriend and I never told them if I did or not. They took umbridge at my son as if he was no reason I shouldn't be living with a man(a personal value I had, private and unannounced)and flaunted fact Yvonne was living with her white boyfriend while she also took up personal competition with me in work,… where I was raised,… somehow knowing I wasn't raised in projects,… she claiming military background as a U.S. Marine but knowing way too much personal information of mine pre-9-11. This was August 2000 – August 2001

**Sexual Dominance/Deviance, Sexual Exploitation, Sexual Assault, Injurious**  Bringing FBI and situation of Order of Protection from sexually assaultive perpetrator to my (safe and protected and non-disclosed) home for sexual assault/hashing-out in Piermont NY

Bringing **hashing-out of order of protection situation to my landlords as well, then saying he was probably a nice man(insinuating I was just inexperiecnced and it couldn't have been sexual assault at all)**

**Demeaning, Defamatory, Unsettling, Paranoia causing since they failed to talk with me, instead talking with everyone else about me**  H&M had a sales associate bump his crotch/penis into my derriere in a hallway outside the management and visuals offices and a common thoroughfare where the entrances to those offices and the stockroom and lockers meet. **H&M employee manager** Gerry Creamer was watching and saw the incident and fired the associate I believe but **made no mention of it to me nor repaired the culture of harassment he had going there where I was undermined in terms of my strength as a woman to being somehow menial and weak, which I am/was not**

**Male Supremacy, White Supremacy, Intimidation, Threatening and Injurious**  Richardson saying was either Workers' Comp or Nicholas, tying the 15-year assault to either **as 'cause' of now losing ability to**

defend self from aggressions launched verbally, physically, psychologically, emotionally and intellectually

**Sexually Violent, Sexual Aggression, Sexual Deviance, Stalking with Intent of Sexual Assault** former acquaintance Debbie, Frank, an H&M employee also claiming military background as a Marine, and 2 others all 4 in haphazard disguises in 2009 meant to look a shambles with wigs half on, half off, yelling "Daddy! Daddy! That's not rape Loretta!" referring to a 1998 order of protection from a former police and mafia convicted felon who was 20 years older than me and took my right to say no by bullying and forcing himself on me and who was found sexually assaultive by court order issuing the court order for both me and my son,… kicking off 15-yr assault making me hear them/their counterparts and cohorts 24/7, and making me subject to their longer sexual harassment & assault plus other RWI assaults at will

Paranoid?(**Belittling, Defamatory, Exclusionary, Conspiratory and Sexual Harassment in the Workplace/Boyfriend only legitimizing factor again** Song that took Neiman Marcus to a level of 'boyfriend' mad/waste of money in revenge, **belittling and hyper-sexualizing and 'gold-digging' my work experience** there)

**Derogatory, Subversive, Exclusionary and Sexual in Nature** Song at H&M pre-morning radio-wave that took my landlord's lending of their car to me and same morning, a 3rd morning of what was to be 4, made it **sexual in nature, as if getting sex confidence(who said I didn't already have it) by driving same as named in song light blue bmw convertible, hand on stickshift,…**

**Fixation, Obsession, Sexual Inuendo, Derogatory, Defamatory** Yvonne saying a **goody-two-shoes 50s but sexy dress was something** "Loretta would wear". I said yes, as a house dress.

**Injurious, Sexual Predator, Sexual Deviance, Sexual Assault, Sexual Aggression** RWIs launched by gang-members and cohorts at any time for display, intimidation, sabotage and humiliation, plus the **typical power play that a rape involves**(list of 8,000 incidents from 2008/9 when they **accosted me on 111th St to then stalk me behind closed doors**, to present)

Paranoia?(Harassers had my **name in song** at work again at Raymour & Flanigan)

Paranoia?(Harassers had **manager named Wanda give me Argan oil to make my hair more sultry instead of textured black** at Raymour & Flanigan)

**Derogatory, Injurious, Alienating and Paranoia inflecting** Manager Wanda called me a "schitzo" (under her breath and next showed me picture of her husband in military gear and said he was a police officer working on something after 9-11. I had issue in court against a law enforcement group targeting me wrongfully, this law enforcement group to which I'm complaining about that found home and harbor at and by H&M) on my first day of meeting her at what was to be my place of employ while I did nothing out of the ordinary and worked there three weeks short of a year following her **verbal assault**

**Injurious, Defamatory, Threatening, Financially and Socially Crippling** harassment follows me and never ended their **wrongful and baseless targeting of me**

**Defamatory, Ridiculous, Annihilatory, and Paranoia-Causing** H&M had two unidentified white women dressed in yellow, one in yellow shorts and striped tank top with sweat socks say to me "We have to pay workers' comp so her son can eat?!" at a bus stop as I walked back from dropping my son at a

school in Scarsdale and we **were in our first homeless shelter, newly on public assistance according to the workers' comp dictates and injury**

*a Vanessa Light yelled "We don't Care Loretta" "We would stop" + said it (RWI sex assault helped her in her date rape overcoming + so it had to help me.*

<u>Human Rights Offense, Sexual Deviance, Sexually and Human Rights Violatory and Explicit, Slanderous and Untrue</u>  A former friend Debra Falcone and an employee named Frank from H&M moving in across my backyard 11 years after the initial 11th street stalking, to yell an initial false statement about my bathroom use to denegrade me from having been sexually assaulted as if to dehumanize me, then their escapade is nil when **the sexual assault itself, to begin with, is dehumanizing enough and won't be nil**

<u>Injurious, Inhumane, Human Rights Violation, Horrendous, Rapistic in Deed and Nature</u>  Repeatedly over the years bringing **hashing-out of order of protection situation again to my landlord, (wrongfully insinuating I was just inexperienced and it couldn't have been sexual assault at all)** inspiring and soliciting gang rape of these perpetrators to join in a **sexual assault that cannot be fought off nor stopped by anyone other than the aggressor as long as he/or she uses remote weaponry to pierce the walls, floor or ceiling, then clothing, bedding, or body of a loved one, then skin, neural receptors, etc to go to brain and other wirings as a false-read, a mis-firing, a wrong**


Court remedy's needed to stop the assailants from hiding behind technology that is certainly traceable. Manufacture must be regulated and assaultive variance banned. Weapons makers must be here named by the defendants and fined by the court. I'm owed restitution in the court's discretion of dollars and I'm suing for 250 million dollars, collectively. May the court please allocate burdens, mainly befalling H&M as they're main perpetrators in the list of defendants.