UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORETTA JONES,

                    Plaintiff,

          -against-

H&M HENNES & MAURITZ, ET AL.,

                    Defendants.

23-CV-4778 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

     Plaintiff brings this action *pro se* and *in forma pauperis* ("IFP"). By order dated July 27, 2023, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead her employment discrimination claims under Title VII of the Civil Rights Act of 1964. (ECF 5.) On August 28, 2023, the Court received a letter from Plaintiff stating that she only recently found the order of dismissal in her email and requesting an extension of time to file her amended complaint.[1] (ECF 6.) The Court grants Plaintiff's request. Plaintiff must submit the amended complaint within 30 days of the date of this order.

                              **CONCLUSION**

     The Court grants Plaintiff request for an extension of time to file an amended complaint. (ECF 6.) Plaintiff must submit her amended complaint to the Court's Pro Se Intake Unit within 30 days of the date of this order.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] Plaintiff consented to receive electronic service of documents in this action. (ECF 3.)

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    August 28, 2023
          New York, New York

                                      /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                             Chief United States District Judge